In the Matter of the Application of PATRICK W. CULLINAN, as State Commissioner of Excise, Respondent, for the Cancellation of Liquor Tax Certificate No. 3,613, Issued to HENRY KOSTER, Appellant.

*Matter of Cullinan (Koster),* 97 App. Div. 630, affirmed.
(Argued February 20, 1905; decided March 17, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 28, 1904, which affirmed an order of Special Term revoking and canceling a liquor tax certificate.

*Uriah W. Tompkins* for appellant.

*Herbert H. Kellogg* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.